Argued and submitted July 25, order modified and affirmed as modified
August 10, 1988

In the Matter of the Compensation of
William B. Johnson, Claimant.
JOHNSON,
*Petitioner,*

*v.*

OREGON STATE UNIVERSITY et al,
*Respondents.*

(WCB 85-05078; CA A46395)

758 P2d 436

S. David Eves, Corvallis, argued the cause and filed the brief for petitioner.

John A. Reuling, Jr., Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Claimant seeks review of an order of the Workers' Compensation Board reversing the referee's decision that he is still entitled to benefits for permanent total disability and finding that he is not entitled to an increased award of unscheduled permanent partial disability. We affirm the Board, except to correct a mathematical error in the Board's award of permanent partial disability. We agree with the parties that the Board clearly intended to award claimant an additional 48 degrees or 15 percent permanent partial disability, for a total award of 128 degrees or 40 percent permanent partial disability.

Order modified to increase award to 40 percent permanent partial disability; affirmed as modified.